448 F.2d 781
 In the Matter of FIBRE GLASS BOAT CORPORATION, Bankrupt.
C. B. JOHNS, Trustee, Appellant,
v.
TELEFLEX INDUSTRIAL PRODUCTS, INC., Appellee.
 No. 71-1956 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 October 5, 1971.
 
 Appeal from the United States District Court for the Southern District of Florida, 324 F.Supp. 1054; Charles B. Fulton, Chief Judge.
 Herbert Stettin, Feibelman, Friedman, Britton & Stettin, Miami, Fla., for appellant.
 William J. Kendrick, Shutts & Bowen, Miami, Fla., for appellee.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.1a
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 1a. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.